| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldberg, Mitchell S. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report<br><br>10/22/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Room 7614, U. S. Courthouse
601 Market Street
Philadelphia, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/03 | Pennsylvania Employee Retirement System |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Pennsylvania Employee Reitrement System | $13,818.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Stryker Corp. |
| 2. | 2017 | Independent Yoga Insructor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bucks County Bench Bar Conference | October 5 - 7, 2017 | Bedford, Pennsylvania | Conference attendee | Lodging and meals |
| 2. | University of Texas Law | November 1 - 3, 2017 | Austin, Texas | Speaker | Lodging and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Rental Property #1, Ocean County, New Jersey | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust - 1/3 Interest - property located in Stewart, FL | B | Rent | N | W | | | | | |
| 2. Rental Property #1, Ocean County, New Jersey | A | Rent | O | W | Buy | 09/22/17 | O | | Private transaction |
| 3. Morgan Stanley Private Bank NA | A | Interest | K | T | | | | | |
| 4. Morgan Stanley Smith Barney #1 - Common stocks & options: | | | | | | | | | |
| 5. Apple Inc | A | Dividend | K | T | | | | | |
| 6. AT&T Inc | B | Dividend | K | T | | | | | |
| 7. Brighthouse Finl | A | Dividend | J | T | Spinoff (from line 20) | 07/19/17 | J | | |
| 8. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 9. Cardinal Health Inc Ref: 17200000 | A | Dividend | K | T | | | | | |
| 10. Chemours Co Com | A | Dividend | J | T | | | | | |
| 11. Crown Castle Intl Corp | A | Dividend | K | T | Buy | 07/19/17 | K | | |
| 12. Discover Fincl Svcs | A | Dividend | K | T | Sold (part) | 1/13/17 | K | | |
| 13. H & R Block | A | Dividend | J | T | | | | | |
| 14. Halyard Health Inc. | A | Dividend | J | T | | | | | |
| 15. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 16. HCP Inc. | A | Dividend | J | T | | | | | |
| 17. Kimberly Clark Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kinder Morgan Incorp. | A | Dividend | J | T | | | | | |
| 19. Macy's Inc. | A | Dividend | J | T | | | | | |
| 20. Metlife Inc. | A | Dividend | K | T | | | | | |
| 21. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 22. Quality Care Properties | A | Dividend | J | T | | | | | |
| 23. Sysco Corp | A | Dividend | J | T | | | | | |
| 24. Walt Disney Co. Hldg. Co. | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley Smith Barney Corporate Bonds: | | | | | | | | | |
| 26. Capital One Financial Co. Bond | B | Interest | K | T | | | | | |
| 27. Pepsico Inc. | B | Interest | K | T | | | | | |
| 28. Potash Corp. Saskatchewan | B | Interest | K | T | | | | | |
| 29. Goldman Sachs Group Inc. | A | Interest | K | T | | | | | |
| 30. Morgan Stanley Smith Barney Certificates of Deposit: | | | | | | | | | |
| 31. ST BK India NY CD 20000 | A | Interest | | | Redeemed | 4/27/17 | K | | |
| 32. Amex Centurion Salt Lake City UT CD | A | Interest | K | T | | | | | |
| 33. Synchrony DRAPER UT CD | A | Interest | K | T | Buy | 5/19/17 | K | | |
| 34. WELLS FARGO BK N A CD | A | Interest | K | T | Buy | 2/28/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO BK N A FID | A | Interest | K | T | Buy | 2/3/17 | K | | |
| 36. Morgan Stanley Smith Barney #2 - Financial: Management Acct. | | | | | | | | | |
| 37. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 38. HCP Incorporated | A | Dividend | | | Sold | 06/13/17 | J | | |
| 39. International Paper Co. | A | Dividend | K | T | | | | | |
| 40. Quality Care Properties | A | Dividend | J | T | | | | | |
| 41. United Technologies | A | Dividend | K | T | | | | | |
| 42. Western Asset Short-Term Bond Fund f/k/a LMP Short-Term Bond | A | Interest | J | T | | | | | |
| 43. Pennsylvania St. Genl. Oblig | B | Interest | K | T | | | | | |
| 44. Morgan Stanley Smith Barney #3 - common stock | | | | | | | | | |
| 45. Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 46. Pentair PLC. | A | Dividend | J | T | | | | | |
| 47. Pepsico Inc | A | Dividend | K | T | | | | | |
| 48. Shire PLC - ADR | A | Dividend | J | T | | | | | |
| 49. Williams Co., Inc. | A | Dividend | J | T | | | | | |
| 50. Yum! Brands Inc Bond | A | Interest | K | T | | | | | |
| 51. Goldman Sachs New York NY CD | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Fund - Retirement IRA | A | Dividend | K | T | | | | | |
| 53. Sirius XM Radio, Inc. - Stock | A | Dividend | J | T | | | | | |
| 54. Stryker Corp 401K Savings and Reitirement Plan (H) | | | | | | | | | See Part VIII. |
| 55. - Vanguard Target Retire 2025 | A | Dividend | J | T | | | | | |
| 56. - Stryker Corp Stock Fund | A | Dividend | J | T | | | | | |
| 57. Savings & Checking Accounts: | | | | | | | | | |
| 58. Capital One 360 Savings Account | A | Interest | J | T | | | | | |
| 59. TD Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goldberg, Mitchell S. | 10/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

. Part VII, Line 54. This is my spouse's 401k that was inadvertantly omitted from my prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 10/22/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mitchell S. Goldberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544